UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TRIONFO SOLUTIONS, LLC<br>DATA BREACH LITIGATION | Case No.: 1:24-cv-04547<br>Honorable Mary M. Rowland |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY ALL DEADLINES**

Plaintiffs and Defendant jointly notice the Court that they have reached an agreement to settle the action in its entirety. The Parties have mediated and reached an agreement in principle as to the materials terms of a classwide settlement. The Parties intend to file a comprehensive Settlement Agreement along with Plaintiffs' Motion for Preliminary Approval within 45 days of today or December 23, 2024. In light of the settlement, the Parties respectfully move the Court for an order staying all deadlines pending the filing of the Motion for Preliminary Approval and thereafter a Motion for Final Approval of the settlement.

Dated: November 6, 2024.                    Respectfully submitted,

/s/ *Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite. 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiff and the Putative Class*

/s/ *Bryan Westhoff*
Bryan Westhoff
bwesthoff@polsinelli.com
**POLSINELLI PC**
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone: (312) 819-1900

/s/ *Starr T. Drum*
Starr T. Drum
**POLSINELLI PC**
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Tel: (205) 963-7136
sdrum@polsinelli.com

*Counsel for Defendant Trionfo Solutions, LLC*

**CERTIFICATE OF SERVICE**

I, Jeff Ostrow, hereby certify that on November 6, 2024, I caused a true and correct copy of the foregoing to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

/s/ *Jeff Ostrow*
Jeff Ostrow