## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Christine Killian, et al.
                                Plaintiff,

v.                                              Case No.: 1:24–cv–04547
                                                        Honorable Mary M. Rowland

Trionfo Solutions, LLC, et al.
                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The parties report that they have reached an agreement in principle for a class wide settlement [24]. Motion to stay all deadlines [24] is granted. The parties shall file a joint status report or a motion for preliminary approval by 12/20/24. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.