**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Christine Killian, et al.
                                 Plaintiff,

v.                                                         Case No.: 1:24–cv–04547
                                                              Honorable Mary M. Rowland

Trionfo Solutions, LLC, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 7, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Hearing held on Motion for preliminary approval of settlement agreement [27]. Motion granted for the reasons stated on the record. Enter Order. Final Approval hearing set for 5/21/25 at 10:00 AM via Webex. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.