# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christine Killian, et al.

                      Plaintiff,

v.                                                             Case No.: 1:24–cv–04547

                                                                              Honorable Mary M. Rowland

Trionfo Solutions, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: Motion hearing held. For the reasons stated on the record, unopposed motion by Plaintiffs for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards [34] is granted. Parties to send a proposed order to the court's proposed order mailbox at proposed_order_rowland@ilnd.uscourts.gov by 5/22/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.